**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Abdul ALEEM, Petitioner.**

**No. 4 EM 2008.**

Supreme Court of Pennsylvania.

June 23, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of June, 2008, the Petition to Invoke Court's Extraordinary Jurisdiction is **DENIED**.